IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Perry M. Goldberg (168976) (pgoldberg@irell.com)
Adam Hoffman (218740) (ahoffman@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 277-1010 (phone)
(310) 203-7199 (fax)

Attorneys for Plaintiff TiVo Inc.

E-filing

FILED
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIVO INC.,

a Delaware corporation,

Plaintiff,

v.

FORGENT NETWORKS INC.,

a Texas corporation,

Defendant.

Case No. C 07 2629

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Filed concurrently with Complaint for Declaratory Judgment of Equitable Estoppel, and Patent Non-Infringement and Invalidity

**DEMAND FOR JURY TRIAL**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1694057

CERTIFICATION OF INTERESTED ENTITIES

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 16, 2007

            Respectfully submitted,

            IRELL & MANELLA LLP

            _____
            Morgan Chu
            Perry M. Goldberg
            Adam Hoffman
            1800 Avenue of the Stars, Suite 900
            Los Angeles, CA 90067
            Tel: (310) 277-1010

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1694057

CERTIFICATION OF INTERESTED ENTITIES

- 1 -