1  IRELL & MANELLA LLP
   Morgan Chu (70446) (mchu@irell.com)
2  Perry M. Goldberg (168976) (pgoldberg@irell.com)
   Adam Hoffman (218740) (ahoffman@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
4  (310) 277-1010 (phone)
   (310) 203-7199 (fax)
5

6  Attorneys for Plaintiff TiVo Inc.

ORIGINAL

FILED
MAY 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HRL

| | |
|---|---|
| TIVO INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FORGENT NETWORKS INC., a Texas corporation, <br><br> Defendant. | Case No. C 07 2629 <br><br> **DISCLOSURE STATEMENT** <br><br> Filed concurrently with Complaint for Declaratory Judgment of Equitable Estoppel, and Patent Non-Infringement and Invalidity <br><br> **DEMAND FOR JURY TRIAL** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1694072

DISCLOSURE STATEMENT

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Tivo Inc. is a publicly held company and discloses that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: May 16, 2007

Respectfully submitted,

IRELL & MANELLA LLP

_[signature]_

Morgan Chu
Perry M. Goldberg
Adam Hoffman
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1694072

DISCLOSURE STATEMENT

- 1 -